IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>vs.<br><br>Tyrone Dyse, William Marlin, and Michael Sullivan,<br><br>              Defendants. | CR 09–08–BU–DWM<br>CR 09–10–BU–DWM<br>CR 09–13–BU–DWM<br><br>ORDER |

The government having moved to amend the restitution payee,

IT IS ORDERED that any additional restitution payments due to Elmer Mendenhall shall be disbursed to LaVaughn Mendenhall the Successor Trustee for the estate of Elmer Mendenhall, in care of LaVaughn Mendenhall, 7625 Bill Burns Road, Emmett, ID 83617.

DATED this 3rd day of September, 2020.

_____
Donald W. Molloy, District Judge
United States District Court