IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| United States of America, | CR 09–08–BU–DWM |
| | CR 09–10–BU–DWM |
| Plaintiff, | CR 09–13–BU–DWM |
| vs. | |
| | ORDER |
| Tyrone Dyse, William Marlin, and Michael Sullivan, | |
| Defendants. | |

The government having moved to amend the restitution payee,

IT IS ORDERED that any additional restitution payments due to Paul R. Fuller be disbursed to Claire F. Martin, 1417 Holmes Avenue, Springfield, IL 62704.

DATED this 2nd day of September, 2020.

Donald W. Molloy, District Judge
United States District Court